# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

154020

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

STACI A. FOUNTAIN,
    Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS, GERALD
CASEY, and EDWARD O'DELL,
    Defendants-Appellees.

SC:  154020
COA:  325699
Chippewa CC:  11-011558-CD

_____/

On order of the Court, the application for leave to appeal the May 17, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



t0522

Clerk